JS-6

FILED
CLERK, U.S. DISTRICT COURT

1/12/2015

CENTRAL DISTRICT OF CALIFORNIA
BY: ___C. Wynn___ DEPUTY

O R D E R

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVELERS INDEMNITY COMPANY OF CONNECTICUT, a Connecticut corporation,<br><br>            Plaintiff,<br><br>     v.<br><br>KTS KARAOKE, INC. a California corporation, d/b/a "KTSKARAOKE.COM"; TIMMY SUN TON, an individual,<br><br>            Defendants.<br><br>AND RELATED COUNTERCLAIM. | CASE NO. CV12-10820 MWF (JEMx)<br><br>**STIPULATION OF DISMISSAL OF COMPLAINT AND COUNTERCLAIMS**<br><br>**[FED. R. CIV. P. 41(a)(1)(A)(ii)]** |

Plaintiff and counterdefendant Travelers Indemnity Company of Connecticut and defendants and counterclaimants KTS Karaoke, Inc. and Timmy Sun Ton, by and through their counsel of record, hereby stipulate that the above-captioned action be dismissed with prejudice in its entirety, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and request that the Court so order. Each party shall bear its own attorneys' fees and costs.

IT IS SO STIPULATED.

DATED: January 9, 2015    SEDGWICK LLP

By: */s/ Michael A. Topp*
Bruce D. Celebrezze
Michael A. Topp
Jason J. Chorley
Attorneys for Plaintiff/Counterdefendant
TRAVELERS INDEMNITY COMPANY OF CONNECTICUT

DATED: January 9, 2015    THE SONI LAW FIRM

By: /s/ *M. Danton Richardson*
Surjit P. Soni
M. Danton Richardson
Attorneys for Defendants/Counterclaimants
KTS KARAOKE, INC. AND TIMMY SUN TON

**IT IS SO ORDERED.**

**DATED: January 12, 2015**

_____
**UNITED STATES DISTRICT JUDGE**